IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Kimberly Smith,

Plaintiff(s),

v.

Premier Dermatology et al,

Defendant(s).

Case No. 17 C 3712
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) Premier Dermatology, Forefront Dermatology, ERelevance Corporation ☐
and against plaintiff(s) Kimberly Smith

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                              presiding, and the jury has rendered a verdict.
☐ tried by Judge                                          without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso on a motion for summary judgment [99].

Date: 9/9/2019                    Thomas G. Bruton, Clerk of Court

L. Fairley, Deputy Clerk